UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| PLAISE E. SPANGLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:23-CV-00027-JRG-SKL |
| KEVIN ESCHETTE *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum and Order entered herewith, Plaintiff's complaint is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                         s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

   s/ *LeAnna R. Wilson*
   District Court Clerk